# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jennifer D. Van Rensburg and Willem C.J. Van Rensburg v. Ethicon, Inc., et al.*<br><br>**Case No. 2:12-cv-00749** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2015, I electronically filed the Certificate of service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. I also certify that I served **Plaintiffs' First Set of Request for Production of Documents to Defendants** on the following counsel of record by electronic mail:

Christy D. Jones
Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway
P.O. Box 6010
Ridgeland, MS 39158-6010

David Thomas
Thomas, Combs & Spann, PLLC
P O Box 3824
Charleston, WV 25338

           *By*:   /s/ Henry G. Garrard, III
                    Henry G. Garrard, III
                    hgg@bbgbalaw.com
                    Georgia Bar No. 286300

                                                Gary B. Blasingame
                                                gbb@bbgbalaw.com
                                                Georgia Bar No. 062900
                                                James B. Matthews, III
                                                jbm@bbgbalaw.com
                                                Georgia Bar No. 477559
                                                Andrew J. Hill, III
                                                ajh@bbgbalaw.com
                                                Georgia Bar No. 353300
                                                Josh B. Wages
                                                jbw@bbgbalaw.com
                                                Georgia Bar No. 730098
                                                Counsel for the Plaintiffs

Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA 30603
(706) 354-4000

14